1002

No. 73–269. HEART OF THE BLACK HILLS STATIONS v. FEDERAL COMMUNICATIONS COMMISSION. C. A. D. C. Cir. Certiorari denied.

No. 73–271. ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–276. LANDRY v. HEMPHILL, NOYES & Co. ET AL. C. A. 1st Cir. Certiorari denied.

No. 73–277. MISSOURI PACIFIC RAILROAD Co. ·v. PETERS ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–278. WESTINGHOUSE ELECTRIC CORP. v. NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied.

No. 73–279. RIZZO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–280. CHRISTENSEN ET AL. v. NEW YORK TIMES Co. ET AL. C. A. 2d Cir. Certiorari denied.

No. 73–282. CHALONEC v. PRUDENTIAL LINES, INC. C. A. 2d Cir. Certiorari denied.

No. 73–284. AMALGAMATED LOCAL UNION 355 v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–286. REESE v. KASSAB, SECRETARY, DEPARTMENT OF TRANSPORTATION OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–288. PRATT v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.